UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE HOLLIE,

Petitioner,

v.

WARDEN OF MULE CREEK STATE PRISON,

Respondent.

Case No. 2:26-cv-2133-JDP (P)

ORDER

Respondent has moved for a thirty-day extension of time to file a response to the habeas petition. ECF No. 10. Good cause being shown, the extension is granted. Additionally, I will deny petitioner's request for order confirming response. ECF No. 9. In light of the extension of time being granted, there is no response yet filed; petitioner will receive a copy of the response when it is filed.

It is ORDERED that:

1. Petitioner's request for order confirming response, ECF No. 9, is DENIED.

2. Respondent's motion for extension of time, ECF No. 10, is GRANTED. Respondent's response to the petition is due on or before October 24, 2026.

IT IS SO ORDERED.

Dated: October 1, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE